IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ANGEL SANTOS-DIAZ, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | 1:25-cv-02490 (AJT/WBP) |
| PAMELA BONDI, *et al.*, ) | |
| ) | |
| Respondents. ) | |

<u>ORDER</u>

Before the Court is Angel Santos Diaz' Amended Petition for Writ of Habeas Corpus, [Doc. No. 4] (the "Petition"), filed on December 31, 2025. By order the same day, the Court directed the Government to respond to the Petition before January 6, 2026, [Doc. No. 5] and on that date Respondents submitted that the factual and legal issues presented in the Petition do not differ in any material fashion from those presented in *Pineda-Medrano v. Bondi,* No. 1:25-CV-01870, 2025 WL 3472152 (E.D. Va. Dec. 3, 2025), or the other opinions of this Court cited therein. [Doc. No. 6].

Petitioner is a native and citizen of Mexico, who entered the United States without inspection in November 2023. [Doc. No. 1] at 2. On or about August 22, 2025, Petitioner was arrested and ultimately taken to the Farmville Detention Center, where he remains in detention. *Id.* ¶¶ 34, 42. Petitioner alleges that his request for a bond hearing was denied by the Immigration Judge. *Id.* ¶ 38.

It appearing to the Court that the factual and legal issues presented in the Petition do not differ in any material fashion from those presented in *Pineda-Medrano* or the other opinions of this Court cited therein, the Court incorporates the filings in *Pineda-Medrano* into the record of

this habeas action. For the reasons stated in *Pineda-Medrano*, the Petition is **GRANTED**, and it is hereby

**ORDERED** that Respondents provide Petitioner with a bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) within seven days of the date of this Order; and it is further

**ORDERED** that if Petitioner is granted bond by an Immigration Judge, Respondents are **ENJOINED** from denying bond to Petitioner, or from invoking the automatic stay provision pursuant to 8 C.F.R. § 1003.19(i)(2); and it is further

**ORDERED** that Respondents file a status report with this Court within three days of the bond hearing, stating whether Petitioner has been granted bond and, if his request for bond was denied, the reasons for that denial.

The Clerk is directed to send copies of this Order to all counsel of record, and to terminate the case.


Alexandria, Virginia
January 6, 2025

Anthony J. Trenga
Senior United States District Judge

2